IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2016 NOV 10  A 11: 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Joe Steven McClenton AIS# 240601 )
Full name and prison number )
of plaintiff(s) )
)
v. )  CIVIL ACTION NO. 2:16-CV-884-WKW-TFM
)  (To be supplied by Clerk of
State of Alabama )  U.S. District Court)
)
State Employee in Their Individual )
)
Compacity Name Mrs. Nalls, Nurse )
)
Employee at Bullock Corr. Facility )
            Respondent )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (   )  NO ( ✓ )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (   )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____

        2.  Court (if federal court, name the district; if
            state court, name the county) ____N/A____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Kilby Correctional Facility P.O. Box 150 Mt. Meigs, Al 36057_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Bullock Correctional Facility P.O. Box 5107 Union Spring, Al 36089-5107_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. _Mrs Nails Nurse_    _P.O. Box 5107 Union Spring, Al 36089-5107_

2.

3.

4.

5.

6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _October 14, 2014_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Mrs Nails injected Saline water into Mr. Joe Steven McClenton's (System) Body, which almost drowned_

2

(Continue)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

him, And he had to be rushed to the union springs Emergency, then to Jackson Hospital in Montgomery where he Fault for his life, Due to Nurse Nalls Negligence and His Malpractice of treating a patient At the hospital unit. At Bullock Corr. Fac.

GROUND TWO:

SUPPORTING FACTS:

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*I'm Asking the Court to Award Me Compensatory, punitive And General Damages for the Sum of $1,000,000.00 ONE Million Dollars.*

*JOE S McCLENTON*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on *9/20/2016*.
(Date)

*Joe S McClenton*
Signature of plaintiff(s)

4

Joe Mc Clenton # 240601
Lime Stone Correctional Facility
H2-4A
28779 Nick Davis Rd
Harvest AL 35749

Legal Mail

This Correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Office of the Clerk
United States District Court
One Church Street, Suite B-110
Montgomery AL 36104-4018

36104-401801